

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00238-CR |
| EX PARTE | § | Appeal from the |
| LOUIE CARBAJAL, | § | 346th Judicial District Court |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC#2019DCV2075) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.